UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 8:05-CV-1085-T-30MSS |
| ) | |
| MOHAMED KABANI, ) | |
| ) | |
|     Defendant. ) | |

## J U D G M E N T

This matter is before the Court upon Plaintiff's Motion for Default Judgment (Dkt. #8) pursuant to Rule 55 of the Federal Rules of Civil Procedure. Said Motion was granted via endorsed Order (Dkt. #9) on December 28, 2005.

It appearing to the Court that Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and that Plaintiff's claim against Defendant is for a sum certain or for a sum which can by computation be made certain as evidenced by proper affidavit filed herein,

JUDGMENT is hereby entered in favor of Plaintiff, the United States of America, and against Defendant, Mohamed Kabani, in the following amounts:

    1.    Principal in the amount of $13,792.13;

    2.    Interest in the amount of $34.95 as of December 31, 2004, and interest on the principal accruing thereafter at the rate of 4.625 percent per annum until entry of this judgment;

      3.      Interest from the date of judgment on the amounts set forth above at the legal rate as prescribed by law until paid in full; and

      4.      Such other costs of litigation otherwise allowed by law.

The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on January 4, 2006.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record
USA - Tampa (2 copies - 1 certified copy)
Mohamed Kabani

S:\Odd\2005\05-cv-1085.Judgment.wpd